THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THE WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND,<br><br>Plaintiff<br>vs.<br><br>STEPHEN R. MOSES, VIRGINIA M. CURULLA<br><br>Defendants | NO. CV05-2058RSL<br><br>ORDER GRANTING DEFENDANT STEPHAN R. MOSES' MOTION FOR SUMMARY JUDGMENT<br><br>NOTE FOR MOTION CALENDAR<br><br>Friday, November 10, 2006 |

THIS MATTER coming on for consideration upon the Motion of the Defendant, Stephan R. Moses being represented by his Attorney, Zane B. Johnson; The Plaintiff, Western Conference of Teamster Pension Trust Fund, having been discharged from this Action pursuant to Order entered May 17, 2006; and the Defendant, Virginia M. Curulla, appearing pro se, and the Court having reviewed the records and files herein and being fully advised in the premises it is, now, therefore

ORDERED, ADJUDGED AND DECREED, that the Motion of the Defendant, Stephan R. Moses be and the same is hereby granted and the Clerk of Court is hereby directed to pay the funds

1

**ORDER GRANTING DEFENDANT**
**STEPHAN R. MOSES' MOTION FOR**
**SUMMARY JUDGMENT**

**JOHNSON LAW OFFICE**
**220 1ST Street NE**
**Auburn, WA 98002**
**253-833-8100 (ph)**
**253-288-8016 (fax)**

1  deposited into the Registry of the Court by the Plaintiff in the sum of $10,000.00 to said Stephan R. Moses or to his Attorney of record; and

IT IS FURTHER ORDERED, that the claim of the Defendant, Virginia M. Curulla, be in the same is hereby denied.

DATED this 17th day of November, 2006

*/s/ M S Lasnik*
Robert S. Lasnik
United States District Judge

Presented for Entry by:

_____
Zane B. Johnson, WSBA #0969
Attorney for Defendant, Stephan R. Moses
220 First Street NE
Auburn, WA 98002

2

**ORDER GRANTING DEFENDANT STEPHAN R. MOSES' MOTION FOR SUMMARY JUDGMENT**

**JOHNSON LAW OFFICE**
**220 1ST Street NE**
**Auburn, WA 98002**
**253-833-8100 (ph)**
**253-288-8016 (fax)**